**JOHN H. PODESTA, ESQ. [SBN 154706]**
**BRANSON, BRINKOP, GRIFFITH & STRONG, LLP**
643 Bair Island Road, Suite 400
Redwood City, California 94063
Telephone:  (650) 365-7710
Facsimile:  (650) 365-7981
E-Mail: jpodesta@bbgslaw.com

Attorneys for Plaintiff, **PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a Risk Retention Group<br><br>Plaintiff<br><br>vs.<br><br>TIMBERSTONE CONSTRUCTION, INC., a California Corporation; AL HARRIS, JOEL MALONEY, AND DOES 1-25, INCLUSIVE,<br><br>Defendants. | CASE NO.  2:10-cv-02340-JAM-KJM<br><br>**PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS; AND ORDER** |

After filing the above action, but before service of the complaint, Plaintiff, PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG and the Defendants have reached a settlement in principal.  As part of the settlement of the related/underlying matter, there was to be a final dismissal of the action.  The final act to be accomplished, service of a conformed dismissal has not yet occurred, though the Court has stated that the case is dismissed.

Therefore, Plaintiff fully anticipates that a request for dismissal will be filed shortly, and

///

PDF created with pdfFactory trial version www.pdffactory.com

asks this Court to extend any currently pending deadlines for service of the complaint from to **January 15, 2011**.

Dated: <u>December 16, 2010</u>          BRANSON, BRINKOP, GRIFFITH & STRONG LLP

By: _____
    JOHN H. PODESTA, ESQ.
    Attorneys for Plaintiff,
    PROBUILDERS SPECIALTY INSURANCE
    COMPANY, RRG

## **ORDER**

The Court has reviewed the Request For Extension of Time to Complete Service of Process on behalf of Plaintiff, and hereby extends the deadline to complete service of process on all parties from <u>December 29, 2010</u> to **January 15, 2011**.

IT IS SO ORDERED.

Dated: 12/17/2010          <u>/s/ John A. Mendez</u>
                           UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com