**JOHN H. PODESTA, ESQ. [SBN 154706]**
**BRANSON, BRINKOP, GRIFFITH & STRONG, LLP**
643 Bair Island Road, Suite 400
Redwood City, California 94063
Telephone: (650) 365-7710
Facsimile: (650) 365-7981
E-Mail: jpodesta@bbgslaw.com

Attorneys for Plaintiff, **PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a Risk Retention Group<br><br>Plaintiff<br><br>vs.<br><br>TIMBERSTONE CONSTRUCTION, INC., a California Corporation; AL HARRIS, JOEL MALONEY, AND DOES 1-25, INCLUSIVE,<br><br>Defendants. | CASE NO.  2:10-cv-02340-JAM-GGH (TEMP)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon review of the Ex Parte Application of Plaintiff's counsel, John H. Podesta, Esq., the Court hereby orders that the above action is hereby dismissed with prejudice.

Dated: 01/13/2011            /s/ John A. Mendez
                             UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
[Case No. 2:10-cv-02340-JAM-GGH (TEMP)]

PDF created with pdfFactory trial version www.pdffactory.com